1  JONES & MAYER
   Gregory P. Palmer, Esq., Bar No. 133647
2  3777 North Harbor Boulevard
   Fullerton, California  92835
3  Telephone:  (714) 446-1400
   Facsimile:  (714) 446-1448
4  gpp@jones-mayer.com

5

   Attorneys for Tulare Police Department
6

7

8                        **FEDERAL DISTRICT COURT**

9
                         **EASTERN DISTRICT OF CALIFORNIA**
10

11

12  | UNITED STATES, | Case No. CR F 05-0221 AWI |
    |---|---|
    | Plaintiff, | **COURT ORDER AUTHORIZING REMOVAL OF FEDERAL INMATE JESUS PLANCARTE (T-229784) AND AUTHORIZATION FOR DELIVERY OF PLANCARTE TO THE TULARE POLICE OFFICIALS** |
    | v. | |
    | JESUS PLANCARTE, et al. | |
    | **In Re the Matter of the Appeal of Paul H. Flores from Termination from the Tulare Police Department** | |

19
    **TO THE FRESNO COUNTY JAIL**:
20
          Having considered the application for a court order requiring the removal of
21
    federal inmate Jesus Plancarte (T-229784), currently in your custody, and considered
22
    the reasons therefor, this court hereby grants the Tulare Police Department's
23
    application for the court order.  It is hereby ordered that inmate Jesus Plancarte (T-
24
    229784) be released to the custody of a duly authorized representative of the Tulare
25
    Police Department during the early morning hours of October 9, 2006 so that his
26
    testimony can be received as a material witness in a currently pending administrative
27
    personnel board action involving former police officer Paul H. Flores of the Tulare
28

---
1
APPLICATION FOR A COURT ORDER COMMANDING THE REMOVAL OF STATE PRISON INMATE

1 Police Department.  Following said transfer, federal inmate Plancarte shall be in the
2 custody of the Tulare Police Department during the time period he is transported to the
3 hearing room and his testimony is received in the pending matter.  Following his
4 testimony, duly authorized representatives of the Tulare Police Department are hereby
5 ordered to transfer federal inmate Plancarte back to the Fresno County Jail no later
6 than the evening hours of October 9, 2006.  Upon the delivery of federal inmate
7 Plancarte back to the Fresno County Jail the Fresno County Sheriff is authorized to
8 return Plancarte under the terms of his original commitment.
9        This order will be a continuing order such that if for some reason the personnel
10 action now pending against former officer Paul H. Flores is delayed or continued for
11 any reason and it is impossible to obtain Plancarte's testimony on October 9, 2006,
12 this order will require the transfer and delivery of Plancarte to Tulare Police officials
13 on any subsequent hearing date set by the board.
14
15 IT IS SO ORDERED.
16 **Dated:   October 6, 2006**                      **/s/ Anthony W. Ishii**
   0m8i78                                           UNITED STATES DISTRICT JUDGE